

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JD:DJL/TAW
F. #2018R01902

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2019

By ECF

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Greg Cantoni
                Criminal Docket No. 18-562 (ENV)

Dear Judge Vitaliano:

      The government respectfully writes to inform the Court about a recent latent print analysis conducted by the New York City Police Department's ("NYPD") Latent Print Section.

      As the Court is aware, there was previously an unidentified latent fingerprint on the demand note recovered from Queens County Savings Bank, the location of the third charged bank robbery. At trial, witness testimony and surveillance footage established that bank teller Maryam Aamir accepted the third demand note from the robber with her bare hand and placed her left thumb on the note.

      On April 30, 2019, the NYPD submitted the fingerprints of Maryam Aamir for comparison to the fingerprint recovered from the demand note. The next day, Detective Cynthia Ramirez compared Ms. Aamir's fingerprints against the unknown fingerprint and

concluded that the unknown fingerprint came from Ms. Aamir's left thumb.  Enclosed are the results of the comparison.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:    /s/
                David J. Lizmi
                Temidayo Aganga-Williams
                Assistant U.S. Attorneys
                (718) 254-7010/6183

Enclosure

cc: Clerk of the Court (ENV), via ECF
    Deirdre Von Dornum, Esq, via ECF
    Allegra Glashausser, Esq., via ECF